UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:20-cv-03869-DSF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 22, 2021 Order Dismissing Complaint with Leave to Amend, the September 28, 2022 Order Dismissing First Amended Complaint with Leave to Amend, and the July 19, 2023 Report and Recommendation of United States Magistrate Judge.

    IT IS HEREBY ORDERED that (1) the Second Amended Complaint and this action are dismissed without further leave to amend; and (2) Judgment shall be entered accordingly.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on plaintiff and any counsel for defendants.

IT IS SO ORDERED.

DATED: 9/11/2023

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE