JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARLOS ALBERTO HERNANDEZ, | Case No. 2:20-cv-03869-DSF-JC |
|---|---|
| Plaintiff, | (JUDGMENT |
| v. | |
| THE COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the operative Second Amended Complaint and this action without leave to amend.

IT IS SO ADJUDGED.

DATED: 9/11/2023

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE